IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                   )   2:11-cv-02636-GEB-CKD
          Plaintiff, )
                   )
     v.            )   ORDER CONTINUING STATUS
                   )   (PRETRIAL SCHEDULING)
CA Auto Sales Inc., Individually ) CONFERENCE; FED. R. CIV. P.
and d/b/a CA Auto Sales; Ann G. ) 4(M) NOTICE
Besotes,           )
                   )
          Defendants. )
_____ )

     Plaintiff's Status Report filed January 16, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on January 30, 2012, is continued to March 26, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.

     Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve any defendant with process within the 120 day period prescribed in that Rule may result in the unserved defendant being dismissed. To avoid dismissal, on or before February 6, 2012, Plaintiff shall file proof of service for the defendants or a filing providing sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

     IT IS SO ORDERED.

Dated: January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1