IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                   )   2:11-cv-02636-GEB-CKD
     Plaintiff,    )
                   )
     v.            )   ORDER OF DISMISSAL
                   )
CA Auto Sales Inc., Individually )
and d/b/a CA Auto Sales; Ann G.  )
Besotes,           )
                   )
     Defendants.   )
_____)

Plaintiff was required to respond to an Order filed January 20, 2012, by either filing proof that defendants were served with process or a document showing good cause for Plaintiff's failure to serve the defendants within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 8.) This filing was due no later than February 6, 2012. Id. The January 20, 2012 Order warned Plaintiff that failure to make the required showing by the deadline would result in the unserved defendant(s) being dismissed from this action.

Plaintiff failed to respond to the January 20, 2012 Order by this deadline with respect to Defendant Ann G. Besotes. Therefore, Defendant Ann G. Besotes is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated:  February 15, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1